IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY DEAN,

    Plaintiff,                    No. 2:08-cv-2398-LKK-JFM (PC)

    vs.

HAZEWOOD, et al.,

    Defendants.              FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By an order filed January 14, 2009, this court ordered plaintiff to complete service of process on defendants in accordance with Federal Rule of Civil Procedure 4 and to inform the court in writing of the date and manner of service of process. That sixty day period has since passed, and plaintiff has not responded in any way to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings

1

and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 26, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
dean2398.fts