IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY DEAN,

     Plaintiff,                   No. 2:08-cv-2398-LKK-JFM (PC)

  vs.

HAZEWOOD, et al.,

     Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By an order filed January 14, 2009, this court ordered plaintiff to complete service of process on defendants in accordance with Federal Rule of Civil Procedure 4 and to inform the court in writing of the date and manner of service of process. Plaintiff did not timely comply with the court's January 14, 2009 order. For that reason, on March 27, 2009, this court issued findings and recommendations recommending that this action be dismissed without prejudice. Plaintiff has filed objections to the findings and recommendations. In plaintiff's objections, he sets forth the efforts made to date to serve process on defendants, and he requests a thirty day extension of time to complete service of process. Plaintiff also requests leave to seek service by the United States Marshal if his efforts to serve defendants are unsuccessful.

        Good cause appearing, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 27, 2009 are vacated; and

2. Plaintiff is granted thirty days from the date of this order in which to either file proof of completed service on defendants or a request for service of process by the United States Marshal.

DATED: April 29, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
dean2398.vac