IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY DEAN,

        Plaintiff,                    No. 2:08-cv-2398-LKK-JFM (PC)

    vs.

HAZEWOOD, et al.,

        Defendants.

                    /             ORDER

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has paid the filing fee for this action. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        By order filed January 14, 2009, this court determined that plaintiff's complaint states a cognizable claim for relief against defendants Hazewood, Sparks, Reid, Scruggs, Turnquist, Ralls, and Macravel and directed plaintiff to complete service of process on said defendants within sixty days and file proof of such service. Plaintiff failed to comply with the order and on March 27, 2009 the court recommended dismissal of the action. On April 13, 2009, plaintiff filed objections to the findings and recommendations. By order filed April 30, 2009, the findings and recommendations were vacated and plaintiff was granted thirty days in which to file either proof of completed service on defendants or a request for service of process by the United

States Marshal. On May 11, 2009, plaintiff filed a motion for service by the United States Marshal.

Good cause appearing, plaintiff's motion will be granted. Plaintiff is informed that he may be required to pay the costs associated with service of process on defendants.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's May 11, 2009 motion is granted.

2. The Clerk of the Court shall send plaintiff seven USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed October 10, 2008.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in this order; and

   d. Eight copies of the endorsed complaint filed October 10, 2008.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4.

DATED: August 11, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY DEAN,

    Plaintiff,	No. 2:08-cv-2398-LKK-JFM (PC)

  vs.

HAZEWOOD, et al.,	<u>NOTICE OF SUBMISSION</u>

    Defendants.	<u>OF DOCUMENTS</u>
_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    ____ completed summons form

    ____ completed USM-285 forms

    ____ copies of the _____
                           Complaint

DATED:

                                              _____
                                              Plaintiff