IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY DEAN,

    Plaintiff,                        No. 2:08-cv-2398 LKK JFM (PC)

    vs.

HAZEWOOD, et al.,

    Defendants.                 ORDER

_____/

       Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

       By an order filed August 12, 2009, this court ordered plaintiff to complete and return to the court, within thirty days, the summons, USM-285 forms, and copies of his complaint which are required to effect service on the defendants. On September 2, 2009, plaintiff submitted the completed summons and required copies of the complaint. Plaintiff did not, however, complete the USM-285 forms provided with the court's August 12, 2009 order and instead has submitted information for service of process on his own forms. The information for service on defendants must be provided on the USM-285 forms provided by the court. Good cause appearing, plaintiff will be given another opportunity to complete and return the proper

/////

1

1  USM-285 forms. Plaintiff is cautioned that failure to complete and return the proper forms will
2  result in a recommendation that this action be dismissed.
3              Accordingly, IT IS HEREBY ORDERED that:
4              1. The Clerk of the Court is directed to send plaintiff seven USM-285 forms; and
5              2. Within thirty days, plaintiff shall complete and submit to the court the USM-
6  285 forms provided with this order, which are required to effect service. Failure to return the
7  copies within the specified time period will result in a recommendation that this action be
8  dismissed.
9  DATED: October 13, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12/md
dean2398.8f