1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ANTHONY DEAN,

11              Plaintiff,              No. 2:08-cv-2398 LKK JFM (PC)

12        vs.

13    HAZEWOOD, et al.,

14              Defendants.            ORDER

15    _____/

16              Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff

17    seeks relief pursuant to 42 U.S.C. § 1983.

18              On December 2, 2009, the court ordered the United States Marshal to serve the

19    complaint on defendants.  Process directed to defendant Ralls was returned unserved because

20    there is no individual by that name employed at California State Prison-Sacramento and no

21    employee by that name could be identified by the California Department of Corrections and

22    Rehabilitation.  Plaintiff must provide additional information to serve this defendant.  Plaintiff

23    shall promptly seek such information through discovery, the California Public Records Act,

24    Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access to the required

25    information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

26    /////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed October 10, 2008;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Ralls;

    b. Two copies of the endorsed complaint filed October 10, 2008; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: February 1, 2010.

UNITED STATES MAGISTRATE JUDGE

12/md
dean2398.8e

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY DEAN,

11              Plaintiff,                    No. 2:08-cv-2398-LKK-JFM (PC)

12         vs.

13   HAZEWOOD, et al.,                        NOTICE OF SUBMISSION

14              Defendants.                   OF DOCUMENTS

15   _____/

16              Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18              _____        completed summons form

19              _____        completed USM-285 forms

20              _____        copies of the _____
                                           Complaint/Amended Complaint

21   DATED:

22

23                                           _____
                                             Plaintiff
24

25

26