IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY DEAN,

    Plaintiff,                    No. 2:08-cv-2398 LKK JFM (PC)

    vs.

HAZEWOOD, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Good cause appearing, the motion of Defendants Hazewood, McCarvel, Reid, Scruggs, Sparks, and Turnquist to modify the Scheduling Order of April 6, 2010, is granted.

        The discovery deadline shall be extended to August 16, 2010, for the limited purpose of completing Plaintiff's deposition and filing any motion to compel that may be necessary. Pretrial motions shall be filed on or before November 8, 2010.

DATED: June 28, 2010

                                                  UNITED STATES MAGISTRATE JUDGE

12;dean2398.nd

1