IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY DEAN,

    Plaintiff,                    No. 2:08-cv-2398 LKK JFM (PC)

    vs.

HAZEWOOD, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. This matter is proceeding before the undersigned with the consent of the parties pursuant to 28 U.S.C. § 636(c).[1]

        By order filed July 21, 2010, plaintiff was ordered to file within thirty days either a notice of voluntary dismissal of defendant McCarvel or a second amended complaint clarifying the basis for inclusion of defendant McCarvel in this action. On August 10, 2010, plaintiff filed a motion for voluntary dismissal of defendant McCarvel. In view of defendants' July 8, 2010

---

[1] This matter was reassigned to the undersigned by the district court by order filed July 23, 2010, pursuant to the consents of the parties filed October 21, 2008 (plaintiff), May 26, 2010 (all defendants except defendant Ralls), and July 21, 2010 (defendant Ralls). On August 3, 2010, plaintiff filed a form declining to consent to proceed before a United States Magistrate Judge. This form is insufficient to withdraw plaintiff's previously filed consent. See 28 U.S.C. § 636(c)(4).

1

request for dismissal of defendant McCarvel from this action and good cause appearing, plaintiff's request will be granted.

On August 10, 2010, plaintiff filed a motion for an extension of time to serve defendants with additional discovery requests. Good cause appearing, defendants will be directed to file a response.

In accordance with the above, IT IS HEREBY ORDERED that

1. Plaintiff's August 10, 2010 motion for voluntary dismissal of defendant McCarvel is granted;

2. Defendant McCarvel is dismissed from this action; and

3. Within fourteen days from the date of this order defendants shall file and serve a response to plaintiff's August 10, 2010 motion for an extension of time to serve discovery requests.

DATED: August 11, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
dean2398.o