UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANTHONY DEAN,

        Plaintiff,                     No. 2:08-cv-2398 JFM (PC)

   vs.

HAZEWOOD, et al.,                 **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        Defendants.

        Anthony Dean, inmate # J-37486, a necessary and material witness in a settlement conference in this case on December 23, 2011, is confined in California State Prison, Sacramento, Prison Road, Represa, California, 95671, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the United States District Court, 2986 Bechelli Lane, 3rd Floor, Redding, California 96002 on December 23, 2011 at 8:30 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, California State Prison, Sacramento, P. O. Box 290002, Represa, California, 95671:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Kellison, at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: December 8, 2011.

UNITED STATES MAGISTRATE JUDGE

dean2398.841(sec)