IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY DEAN,

      Plaintiff,                       No. 2:08-cv-2398 JFM (PC)

    vs.

HAZEWOOD, et al.,

      Defendants.                <u>ORDER</u>

                                      /

        Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. § 1983. Defendants have moved to vacate the settlement conference reset by this court's December 9, 2011 order to December 23, 2011 before Magistrate Judge Craig M. Kellison at the United States District Court in Redding, California.

        Good cause appearing, IT IS HEREBY ORDERED that defendants' December 12, 2011 motion is granted. The settlement conference set for December 23, 2011 and the writ of habeas corpus ad testificandum filed December 9, 2011 are vacated. Counsel for defendants shall take all steps necessary to inform the Warden of California State Prison-Sacramento of this order.

DATED: December 13, 2011.

                                               UNITED STATES MAGISTRATE JUDGE

12;dean2398.vac

1