IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY DEAN,

        Plaintiff,                     No. 2:08-cv-2398 JFM (PC)

    vs.

HAZEWOOD, et al.,

        Defendants.             ORDER TO SHOW CAUSE

                                 /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. This matter is proceeding before the undersigned with the consent of the parties pursuant to 28 U.S.C. § 636(c). <u>See</u> Order filed July 23, 2010. On October 11, 2011, the court issued a further scheduling order pursuant to which plaintiff's pretrial statement was due on or before December 9, 2011. <u>See</u> Further Scheduling Order filed October 11, 2011 at 5. By order filed December 23, 2011, the court extended granted in part plaintiff's motion for an extension of time to file a pretrial statement and set the deadline for filing and service of plaintiff's pretrial statement to on or before January 9, 2012. <u>See</u> Order filed December 12, 2011 at 1. The extended due date has passed and plaintiff has not filed a pretrial statement or responded in any way to the December 23, 2011 order. Accordingly, plaintiff will be directed to

/////

1

1 | show cause in writing why this action should not be dismissed . See Fed. R. Civ. P. 16(f); Local
2 | Rule 110.
3 |       In accordance with the above, IT IS HEREBY ORDERED that within ten days
4 | from the date of this order plaintiff shall show cause in writing why this action should not be
5 | dismissed.  See Fed. R. Civ. P. 16(f); Local Rule 110.  Failure to respond to this order will result
6 | in the dismissal of this action.
7 | DATED: January 18, 2012.

                                              UNITED STATES MAGISTRATE JUDGE

dean2398.fptosc