# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ANTHONY DEAN,

       Plaintiff,                  No. 2:08-cv-2398 JFM (PC)

   vs.

HAZEWOOD, et al.,             **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

       Defendants.

       Anthony Dean, inmate # J-37486, a necessary and material witness in a jury trial in this case on March 5, 2012, is confined in California State Prison, Sacramento, Prison Road, Represa, California, 95671, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the undersigned at the U. S. District Court, 501 I Street, Sacramento, California 95814 in an 8th Floor Courtroom on March 5, 2012 at 10:00 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a jury trial at the time and place above, until completion of the jury trial or as ordered by the undersigned; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

       2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California State Prison, Sacramento, P. O. Box 290002, Represa, California, 95671:**

       **WE COMMAND** you to produce the inmate named above to testify before the undersigned, at the time and place above, until completion of the jury trial or as ordered by the undersigned; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: January 31, 2012.

                                                      */s/ signature*
                                              UNITED STATES MAGISTRATE JUDGE