IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY DEAN,

      Plaintiff,                     No. 2:08-cv-2398 JFM (PC)

    vs.

HAZEWOOD, et al.,

      Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. This matter is proceeding before the undersigned with the consent of the parties pursuant to 28 U.S.C. § 636(c) and is set for trial on March 5, 2012.

        Plaintiff has requested permission to dress in the "state issued blues" that he wore on June 12, 2007, the date of the search that is the subject of the claim going to trial. Defendants oppose the request on the grounds that (1) the jury will be informed that he is a prisoner so plaintiff will suffer no prejudice if he is wearing the orange jumpsuit that all California inmates wear when outside the prison; (2) plaintiff is serving a life sentence and there would be "no disincentive to prevent him trying to escape if he is not easily identifiable as a prisoner"; (3) he will be difficult to distinguish from the public, raising safety concerns; and (4) plaintiff's attire on June 12, 2007 is not relevant to any issue before the jury. In the alternative, defendants

1

request that plaintiff be required to wear his orange jumpsuit during the transport to and from the prison and that he change into the "state issued blues" while at the courthouse.

Good cause appearing, plaintiff will be permitted to wear "state issued blues" while in the courtroom for trial. His attire during transport to and from the prison will be left to the determination of prison officials.

IT IS SO ORDERED.

DATED: February 22, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
dean2398.att