IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY DEAN,

        Plaintiff,                No. 2:08-cv-2398 JFM (PC)

    vs.

HAZEWOOD, et al.,

        Defendants.         ORDER

_____/

        The above-captioned case has been settled in proceedings before the undersigned and the terms of the settlement have been entered on the record in open court. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Documents disposing of this action shall be filed no later than one hundred fifty days from the date of this order. Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

        2. All pending motions are denied and all hearing dates heretofore set in this matter are hereby vacated.

/////
/////
/////
/////
/////
/////

1

1         3.  The Clerk of the Court is directed to administratively close this case.

2 DATED: March 9, 2012.

                                                  UNITED STATES MAGISTRATE JUDGE

12;dean2398.58b