IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY DEAN,

        Plaintiff,                     No. 2:08-cv-2398 JFM (PC)

     vs.

HAZEWOOD, et al.,

        Defendants.          <u>ORDER</u>

           Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 5, 2012, the above-captioned case was settled in proceedings before the undersigned and the terms of the settlement were entered on the record in open court. By order filed March 12, 2012, the parties were directed to filed documents disposing of this action no later than one hundred fifty days from the date of the order and were cautioned that failure to comply with the order might be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of the order. Subsequently, both parties were ordered to "take all steps necessary to complete the payment of settlement proceeds to the person identified by plaintiff and to file a stipulation for dismissal of this action not later than August 9, 2012." Order filed June 26, 2012, at 3.

/////

1

On August 7, 2012, plaintiff filed a motion to hold defendants in contempt for failure to pay the settlement proceeds to him by August 1, 2012.  On August 9, 2012, defendants filed a motion for an extension of time to no later than September 9, 2012 in which to pay the settlement proceeds to plaintiff and file the documents resolving this action.  Therein, defendants represent that the State Controller's Office was scheduled to issue the settlement check by August 10, 2012 and that the recipient should have it within one to two weeks thereafter.  On August 23, 2012, defendants filed a stipulation and proposed order for dismissal of this action with prejudice.  The stipulation is signed by both parties.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's August 7, 2012 motion for contempt is denied;

2. Defendants' August 9, 2012 motion for an extension of time is granted;

3. The stipulation and proposed order filed August 23, 2012 is deemed timely filed; and

4. Pursuant to the stipulation of the parties, this action is dismissed with prejudice.

DATED: August 30, 2012.

UNITED STATES MAGISTRATE JUDGE

12/mp
dean2398.dm